UNITED STATES, Appellee

v

THOMAS F. HOLLAND, Private First Class,
U. S. Army, Appellant

9 USCMA 323, 26 CMR 103

*Captain Arnold I. Melnick* and *First Lieutenant Herbert R. Brown* were on the brief for Appellant, Accused.

*Lieutenant Colonel John G. Lee* and *First Lieutenant John E. Riecker* were on the brief for Appellee, United States.

## Opinion of the Court

ROBERT E. QUINN, Chief Judge:

On his plea of guilty the accused was convicted of three lengthy unauthorized absences from his organization and two specifications alleging a breach of restriction from the same area. Assuming that the former are embraced within the latter[1] the punishment is two years instead of two years and six months. Considering the sentence adjudged and that approved by the intermediate appellate authorities, we are of the opinion that remand of the case for reassessment of the sentence is not justified. United States v Helfrick, 9 USCMA 221, 25 CMR 483.

Accordingly, the decision of the board of review is affirmed.

Judges LATIMER and FERGUSON concur in the result.

[1] United States v Modesett, 9 USCMA 152, 25 CMR 414.